UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ADAMS III<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>Defendants. | Case No.:  16cv2161-LAB (AHG)<br><br>**ORDER ON MOTIONS IN LIMINE** |

The Court held a hearing on the motions in limine (Docket nos. 80 through 84).

Defendants' motion for leave to present the testimony of their expert Robert Fonzi remotely by videoconferencing (Docket no. 84) is **GRANTED** and Defendants' counsel should coordinate this with the Court's IT department. The remaining motions are **GRANTED IN PART**, as discussed at the hearing.

**IT IS SO ORDERED**.

Dated:  August 10, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge