UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ADAMS III<br><br>                        Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO, et al.<br>                        Defendants. | Case No.:  16cv2161-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 137) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees. All pending dates are **VACATED** and all pending requests are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated:  November 2, 2020

_____
Honorable Larry Alan Burns
Chief United States District Judge